UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:  
William Scott Kuellertz,

NOTICE TO SELL

Case No. 12-30139

_____Debtor___

At Syracuse, New York in said District on the 6th day of March 2014.

TO THE BIDDERS LIST:

NOTICE WAS HEREBY GIVEN pursuant to Bankruptcy Rule 2002 of the following applications per § 363(b)(1) to sell the trustee's interest in the note and mortgage for the marina for the sum of ($5,000) to Edward Albro or to the highest bidder at the US Bankruptcy Court, 100 South Clinton Street, Syracuse, NY which was adjourned to the 6th day of March 2014 at 10:00 a.m.

Said note is at the interest rate of 5% is paid at $263.98 a month with a maturity date of 2022. Said note at the date of filing had a payoff of $31,320.21. The debtor is entitled to $11,722 of a wild card exemption. Trustee seeks to sell his remainder interest for $5,000 to Edward Albro or to the highest bidder.

Dated: February 11, 2014

_____/s/ Randy J. Schaal_____  
Randy J. Schaal, Esq.  
312 Broad Street  
Oneida, NY 13421  
(315)363-6888